IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JUSTINE DAILY,                                )
                                              )
        Plaintiff,                            )
                                              )
versus                                        )        Case No.   CIV-14-550-HE
                                              )
USAA CASUALTY INSURANCE COMPANY,  )
                                              )
        Defendant.                            )

## NOTICE OF VIDEOTAPED DEPOSITION
## SUBPOENA DUCES TECUM

Please take notice that pursuant to Federal Rule of Civil Procedure 45, Plaintiff,

Justine Daily, will take the deposition upon oral examination of Michael Berryman, on

**Monday, March 30, 2015, at 9:00 a.m.** in the offices of Marr Law Firm, 4301 Southwest

Third Street, Suite 110, Oklahoma City, OK 73108, before an officer authorized to

administer oaths by the laws of the State of Oklahoma, as set forth in the Deposition

Subpoena Duces Tecum attached hereto and incorporated by reference as if fully stated

herein.  The deposition will be videotaped before a professional videographer and will

continue from day to day until completed.

Respectfully submitted,

s/ CAROLE DULISSE
Jeff D. Marr, OBA No. 16080
Carole Dulisse, OBA No. 18047
MARR LAW FIRM
4301 Southwest Third Street, Suite 110
Oklahoma City, OK 73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
Email: jeffdmarr@marrlawfirm.com
       cdulisse@marrlawfirm.com

*-and-*

Reggie N. Whitten, OBA No. 9576
J. Revell Parrish, OBA No. 30205
WHITTEN BURRAGE
1215 Classen Drive
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
*Attorneys for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 13th day of March, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will also transmit a Notice of Electronic Filing to the following ECF registrants:

Jodi Dishman
Andrew Morris
William Leach
McAfee & Taft
211 North Robinson
10th Floor, Two Leadership Square
Oklahoma City, OK 73102
Telephone: (405) 601-8713
Facsimile: (405) 232-8330
*Attorneys for Defendant*

s/ CAROLE DULISSE
CAROLE DULISSE