USAA-01050
Daily v. USAA

Rimkus Consulting Group, Inc.
609 South Kelly, Suite G-1
Edmond, OK 73003
(877) 271-1160 Telephone
(405) 340-6513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2015

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

## DAILY RESIDENCE STRUCTURAL EVALUATION

**Claim No: 20530046004**

**RCG File No: 22802786**

**Prepared For:**

**USAA INSURANCE COMPANY**
**9800 FREDERICKSBURG ROAD**
**P.O. BOX 33490**
**SAN ANTONIO TX 78265-3490**

**Attention:**

**MS. CAROLINE GONZALEZ**

Jason C. Womack
Senior Consultant

Corey D. Green, P.E.
Principal Consultant

REGISTERED PROFESSIONAL ENGINEER
COREY D. GREEN
20030
OKLAHOMA
7/23/13

July 23, 2013

**EXHIBIT**
**9**

## TABLE OF CONTENTS

I. Introduction .......... 1

II. Conclusions .......... 2

III. Discussion .......... 3

- General Description and Interview
- Observations
- Weather
- Analysis

IV. Basis of Report .......... 7

V. Attachments .......... 8

A. Photographs

B. CVs

## Section I
## INTRODUCTION

Ms. Justine Daily reported that high winds and flying debris during a tornado on May 20, 2013, caused damage to her residence. The residence was located at 120 SW 10th Street in Moore, Oklahoma.

Rimkus Consulting Group, Inc. was retained to determine the extent of damage, if any, to the residence caused by the reported tornado event. Mr. Jason C. Womack conducted our inspection of the property on July 11, 2013 and prepared this report. Ms. Daily was present during the inspection and provided information concerning the residence.

This report was prepared for the exclusive use of USAA Insurance Company and is not intended for any other purpose. Our report was based on the information available to us at this time, as described in the **Basis of Report**. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

## Section II
## CONCLUSIONS

1. There was visible physical evidence that the tornado event caused damage to the residence. There were damaged roof shingles as well as other roof and exterior damage noted that was consistent with damage from wind and flying debris. No structural damage was noted to the residence.

2. High wind and/or wind-borne debris during the tornado event caused the following interior and exterior wall damage to the Daily residence:

   - Extended pre-existing cracks in the brick veneer.
   - Extended pre-existing cracks in the interior drywall surfaces.

3. Interior water stains were the result of tornado damage to the roof deck and shingle covering.

## Section III
## DISCUSSION

### General Description and Interview

The subject residence was a single-story dwelling supported by a concrete slab foundation system. The exterior façade was covered with brick veneer and vinyl siding. The gable style roof was covered with composition shingles. Interior walls were generally finished with textured and painted drywall. A published map indicated that the front of the residence faced north (**Photograph 1**).

Ms. Daily stated that she noticed brick veneer cracks and separations on the exterior and cracks and separations in the interior. Prior to our inspection, she had marked areas that she noted to be damaged.

### Observations

The subject residence was located in a residential neighborhood in which downed trees, scattered debris, roofs partially covered with tarps and demolition activities were observed. Photographs of observed conditions and typical damage are included in **Attachment A**. The photographs of observed damage are representative, and are not intended to include all damage and existing conditions observed during our inspection.

- **Photographs 1 through 4** show general views of the residence.
- Damage to the soffit, fascia and roof drip edge was noted along the south eave (**Photograph 5**).
- Cracks were noted in the foundation stem wall and parge coat on the west and east elevations (**Photographs 6 and 7**). The cracks were aged and weathered in appearance.
- Dry, cracked and bare soil was noted along the perimeter of the foundation (**Photographs 7 and 8**).

- Cracks and separations in the brick veneer were noted on all elevations. Some of the cracks were weathered and aged in appearance while some had sharp edges and appeared recent in origin **(Photographs 9 through 12)**.
- Separations of the soffit and trim from the brick veneer were noted at the northwest and southeast corners **(Photographs 13 and 14)**.
- A previously caulked separation was noted above the sliding glass patio door **(Photograph 15)**.
- Damage was noted to the vinyl siding on the west gable end wall **(Photograph 16)**. A 2 by 6 was penetrating the end wall **(Photograph 17)**.
- Cracks were noted in the foundation stem wall on the west side of the garage **(Photograph 18)**. The cracks were aged in appearance.
- Previously patched drywall separations were noted at seams in the garage ceiling **(Photograph 19)**.
- Drywall cracks and separations were noted throughout the interior. Many of the cracks/separations had been previously patched **(Photographs 20 through 27)**.
- A faux ceiling beam was separated from the ceiling in the living room **(Photograph 28)**.
- A separation of the kitchen cabinets from the north wall of the kitchen was noted **(Photograph 29)**.
- A skewed doorframe was noted between the master bathroom and master bedroom **(Photograph 30)**.
- Stains were noted in a bedroom ceiling **(Photograph 31)**.
- A separation of the foundation at the perimeter stem wall was noted in a front bedroom and in the adjacent living room **(Photograph 32)**.
- No tornado related damage was noted to attic framing **(Photographs 33 through 35)**.
- On the roof we observed tarped areas and damage to the shingles **(Photographs 36 through 39)**.
- There was damage noted to a roof turbine and a roof vent from apparent impacts **(Photographs 40 and 41)**.

- There was no visible tornado related damage to the metal patio cover (**Photograph 42**).

**Weather**

- According to the National Weather Service, an EF-5 tornado, with wind speeds in excess of 200 miles per hour, occurred in Southwest Oklahoma City, Oklahoma on May 20, 2013. The tornado's path was approximately 17 miles long, while remaining on the ground for approximately 40 minutes, and generally travelled from southwest to northeast. See **Figure 1** below for partial aerial view of tornado path through Moore, Oklahoma, as well as approximate location of the subject residence.



Figure 1: Aerial image with tornado path in yellow and red arrow indicating approximate location of residence (Photo by google).

**Analysis**

The National Weather Service report, as well as conditions observed during our inspection, supports our conclusion that the Daily residence was damaged by high winds and flying debris from a tornado event on May 20, 2013. There was visible physical evidence that the tornado event caused damage to the residence. There were damaged roof shingles as well as other damage noted that was consistent with damage from wind and flying debris.

The majority of the brick veneer cracks and separations were weathered with rounded and worn edges. However, a few more recent appearing brick cracks, with well-defined, sharp edges, extended from existing cracks. The brick ties, if present, appeared to be intact and secure as no evidence of inward deflection of the brick veneer was noted under hand pressure.

The majority of cracks in the interior drywall surfaces were weathered and aged in appearance, had been previously repaired and had re-opened. However, at a few locations we noted more recent appearing cracks, with well-defined, sharp edges that extended from the previously repaired cracks.

Interior ceiling stains were the result of damage to the roof deck and shingle covering during the tornado.

The aged and weathered brick veneer cracks and separations and other separations from the brick veneer were, in part, a result of differential foundation movement over time and/or expansion and contraction of building materials over time due to seasonal changes in temperature and humidity. The previously patched and aged drywall cracks, the living room ceiling faux beam separation, kitchen cabinet separation, cracks and separations in the concrete stem walls and skewed doorframe were similarly the result of differential foundation movement over time and/or expansion and contraction of building materials over time due to seasonal changes in temperature and humidity and shrinkage of concrete during curing.

## Section IV
## BASIS OF REPORT

1. Jason C. Womack, under the direction of Corey D. Green, P.E., performed our inspection of the property on July 11, 2013. Our inspection included recording exterior and interior observations as well as photographing the property.

2. We reviewed weather information from the National Weather Service for tornado events in Moore, Oklahoma on May 20, 2013.

3. We interviewed Ms. Daily, owner of the residence, during our evaluation on July 11, 2013.

4. We reviewed aerial photographs of the property provided by Google.

## Section V
## ATTACHMENTS

A. Photographs

B. CVs

**Section V**

**ATTACHMENT A**

## Photographs

Photographs taken during our inspection, which were not included in this report, were retained in our files and are available to you upon request.

**Photograph 1**
North (front) elevation of the Daily residence.



**Photograph 2**
East elevation.



**Photograph 3**
West elevation.



**Photograph 4**
South elevation.



**Photograph 5**
Damage to soffit, fascia and roof drip edge along the south eave.



**Photograph 6**
Cracks in the foundation stem wall on the west elevation.



**Photograph 7**
Bare soil and cracked foundation stem wall near the southwest corner of the residence.



**Photograph 8**
Dry, cracked soil adjacent to the foundation on the east side of the residence.



**Photograph 9**
Brick veneer cracks on the south elevation.



**Photograph 10**
A brick veneer crack on the west elevation.



**Photograph 11**
Brick veneer cracks on the north elevation.



**Photograph 12**
Brick veneer cracks on the east elevation.



**Photograph 13**
Separations between the brick veneer and soffit/trim at the northwest corner.



**Photograph 14**
Separation between the brick veneer and frieze board at the southeast corner.



**Photograph 15**
Previously caulked separation above the sliding glass patio door.



**Photograph 16**
Damage to vinyl siding on west gable end wall from flying debris.



**Photograph 17**
A 2x6 penetrating the west gable end wall.



**Photograph 18**
Cracks in the foundation stem wall on the west side of the garage.



**Photograph 19**
Previously patched drywall separations at seams in the garage ceiling.



**Photograph 20**
Drywall crack above the entry door.



**Photograph 21**
Drywall crack in the living room ceiling.



**Photograph 22**
Drywall crack in the kitchen ceiling.



**Photograph 23**
Drywall crack in a bedroom.



**Photograph 24**
Drywall cracks in the hall bathroom.



**Photograph 25**
Drywall cracks in the master bedroom.



**Photograph 26**
Drywall separation in a corner of the master bathroom.



**Photograph 27**
Drywall crack and separation in a bedroom.



**Photograph 28**
Separation of a faux ceiling beam in the living room.



**Photograph 29**
Cabinet separation in the kitchen.



**Photograph 30**
Skewed doorframe between the master bathroom and master bedroom.



**Photograph 31**
A stain in a bedroom ceiling.




**Photograph 32**
A separation of the foundation at the perimeter stem wall in a front bedroom.



**Photograph 33**
No tornado related damage noted to attic framing.




**Photograph 34**
No tornado related damage noted to attic framing.



**Photograph 35**
No tornado related damage noted to attic framing.



**Photograph 36**
Roof had several tarped areas.



**Photograph 37**
Large tarped area on roof at northeast corner.



**Photograph 38**
Damage to drip edge as shown in Photograph 5.



**Photograph 39**
Scrapes in roof surface.



**Photograph 40**
A damaged turbine vent on roof.



**Photograph 41**
A damaged roof vent from an apparent impact.



**Photograph 42**
No visible tornado related damage to metal patio cover.



**Section V**

**ATTACHMENT B**

# CVs

RIMKUS
CONSULTING GROUP, INC.

**JASON C. WOMACK, P.E.**
**SENIOR CONSULTANT**

Mr. Womack is a graduate of The University of Texas with a Bachelor of Science in Civil Engineering and also earned an M.B.A. degree from The University of Texas at Dallas. His professional career includes over 19 years of experience in forensic engineering investigations, project management, roadway design and roadway construction in the private and public sector. His forensic experience includes more than 500 forensic investigations of commercial and residential properties, including foundations, structural, roofing, and moisture intrusion, as well as catastrophe and litigation experience. His design experience includes site development design and all aspects of roadway design to include grading, drainage, geometrics, traffic control, construction sequencing, signing and striping, landscaping, pavements, etc., which were all part of the Plans, Specification, and Estimate (PS&E) package preparation. In addition, he has experience in project management on numerous projects throughout the State of Texas with TXDOT and municipalities. Jason takes active responsibility for providing quality solutions based on an exceptional understanding of client requirements.

**EDUCATION AND PROFESSIONAL ASSOCIATIONS**

M.B.A. – The University of Texas at Dallas, 1996
B. S. Civil Engineering – The University of Texas at Austin, 1990
Professional Engineer (PE) licensed in Texas since 1995

**EMPLOYMENT HISTORY**

| | |
|---|---|
| 2008 – Present | Rimkus Consulting Group, Inc. |
| 2007 | S&B Infrastructure, Ltd. |
| 2005 – 2007 | Washington Group International, Inc. |
| 2003 – 2004 | Transystems Corporation, Inc |
| 2000 – 2003 | Norseman Engineering |
| 1998 | Chiang, Patel & Yerby, Inc |
| 1998 - 2000 | Garcia & Associates |
| 1997 – 1998 | Rust E&I, Inc. |
| 1996 – 1997 | Carter and Burgess, Inc. |
| 1990 – 1996 | Texas Department of Transportation |

RIMKUS
CONSULTING GROUP, INC.

## COREY D. GREEN, P.E.
## PRINCIPAL CONSULTANT

Mr. Green is a 1991 graduate of the University of Utah with a Bachelor of Science Degree in Civil Engineering. He is a registered and/or licensed Professional Engineer in 48 states including the District of Columbia. Mr. Green has engineering design and consulting experience in various industries including residential, commercial, industrial, mining and telecommunications.

Throughout his career, Mr. Green has served as a project engineer, construction manager, and project manager responsible for the design and processing of plans and specifications for projects of all sizes. In these capacities, he has provided client coordination, prepared final calculations, prepared preliminary and final designs, interpreted code requirements, supervised the preparation of final documents, assisted clients in obtaining permit/zoning approval, and conducted field inspections of foundations, process equipment, pumps, reinforced concrete, masonry, and steel structures to ensure conformance with project documents.

Since joining Rimkus Consulting Group's Houston Office in July, 2002, Mr. Green has performed investigations for insurance companies, law firms, and property owners. He has expertise in assessing buildings and structures for construction defects, moisture source/water damage, explosion damage, swimming pool damage, telecommunication tower failures, differential foundation movement and hail/wind/snow damage. Mr. Green has also prepared budgetary construction estimates for residential and commercial property losses as well as telecommunication facility losses.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

B.S. - Civil Engineering - The University of Utah, 1991 Registered Professional Engineer (48 states) active. NSPE - National Society of Professional Engineers (2002) NSPE - Committee member (Bay Area chapter, 2002) ASCE-American Society of Civil Engineers (2001 to 2002)

Continuing Education Courses and Related Training
Commercial Roof Damage Assessment - (Haag Engineering Co., Dallas, TX, 9/02) High Wind Design and the Windstorm Process, 2-day course - (T.D.I, Austin, TX, 7/03) Building Performance & Damage Investigation after Hurricane Katrina - (Failure & Damage Analysis, Inc., Houston, TX, 8/06) Designing for High Wind Construction, 2-day course - (Simpson Strong-Tie, Dallas, TX, 10/06)

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2002 - Present | Rimkus Consulting Group, Inc. |
| 2000 - 2002 | GEM Engineering, Inc. |
| 1999 - 2000 | C & D Engineering, Inc. |
| 1991 - 1999 | A.S.A.R.C.O., Inc. (American Smelting and Refining Company) |