IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JUSTINE DAILY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   5:14-CV-00550-HE |
| | ) | |
| USAA CASUALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff Justine Daily hereby stipulates with Defendant USAA Casualty Insurance Company, that this action shall be and is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

*s/   Jeff D. Marr*
Jeff D. Marr, OBA # 16080
Carole Dulisse, OBA # 18047
MARR LAW FIRM
4301 Southwest Third Street, Ste. 110
Oklahoma City, OK 73108
Telephone:  (405) 236-8000
Facsimile:  (405) 236-8025
jeffdmarr@marrlawfirm.com
cdulisse@marrlawfirm.com

15723832_1

Reggie N. Whitten, OBA # 9576
Michael Burrage, OBA # 1350
J. Revell Parrish, OBA # 30205
WHITTEN BURRAGE
1215 Classen drive
Oklahoma City OK  73103
Telephone: (405) 516-7800
Facsimile:  (405) 516-7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
rparrish@whittenburragelaw.com

ATTORNEYS FOR PLAINTIFF
JUSTINE DAILY


*s/ Jodi W. Dishman*
William S. Leach, OBA # 14892
Jodi W. Dishman, OBA # 20677
Andrew J. Morris, OBA # 31658
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone:       (405) 235-9621
Facsimile:         (405) 235-0439
E-mail:     bill.leach@mcafeetaft.com
               jodi.dishman@mcafeetaft.com
               andrew.morris@mcafeetaft.com

ATTORNEYS FOR DEFENDANT USAA
CASUALTY INSURANCE COMPANY